JS-6

1
2
3
4
5
6
7
8
9
10
11
12

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

13  ALVIN JOHNSON, by and through ) **Case No:   CV 07-7973 GAF(PJWx)**
    his *Guardian Ad Litem*, Alisa Malone, )
14                                         )
                     Plaintiff,            ) **ORDER DISMISSING ACTION**
15                                         )
16            v.                           )
                                           )
17  UNITED STATES OF AMERICA,              ) Hon. Gary A. Feess
                                           ) United States District Court
18                   Defendant.            )
                                           )
19  _____ )

20
21
22
23
24
25
26
27
28

The Court, having read and considered the parties' Stipulation for Compromise Settlement and Release, as well as the parties' Stipulation of Dismissal, and finding good cause therefor, hereby orders that this action be dismissed in its entirety with prejudice.  Plaintiff and Defendant shall bear their own attorneys' fees, expenses, and costs of suit.  The Court shall retain jurisdiction over this matter pending approval of the Petition for Approval of Settlement and Distribution and pending completion of the terms of the Stipulation for Compromise Settlement and Release.

**IT IS SO ORDERED.**

Dated this 28th day of the month of December, 2009

_____

THE HONORABLE GARY A. FEESS

UNITED STATES DISTRICT JUDGE